UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

JACKLYN JEAN HICKERSON,
    Plaintiff

v.                                 File No. 1:04-CV-7

TORREY DENNIS, ROGER DENNIS
and CUMBERLAND FARMS, INC.,
d/b/a Cumberland Farms,
    Defendants

## ORDER

It is hereby ORDERED that this matter will be dismissed as against defendants Torrey Dennis and Roger Dennis unless an answer or other appropriate pleading is filed on behalf of defendants, or a motion for default is filed on behalf of the plaintiff, not later than 20 days from the date hereof.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this Order, by United States mail, upon attorneys of record for the parties appearing in this case.

Dated at Brattleboro, in the District of Vermont, this 24th day of February, 2004.

/s/ J. Garvan Murtha
J. Garvan Murtha
U.S. District Judge

AO 72A
(Rev.8/82)