UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2004 SEP 1 AM 9 46

CLERK

DEPUTY CLERK

| | |
|---|---|
| JACKLYN JEAN HICKERSON, | ) |
| | ) CASE NO. 1:04CV-7 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TORREY DENNIS, ROGER DENNIS, | ) |
| and CUMBERLAND FARMS, INC. | ) |
| d/b/a CUMBERLAND FARMS, | ) |
| | ) |
| Defendants. | |

## STIPULATION OF DISMISSAL
## AS TO ROGER DENNIS AND TORREY DENNIS ONLY

**NOW COME** the Plaintiff, Jacklyn Jean Hickerson, and the Defendants, Torrey Dennis, Roger Dennis, by and through their attorneys, Michael I. Green, David A. Barra and Thomas Aicher, respectively, and hereby stipulate and agree that the above-entitled action is hereby

**DISMISSED WITH PREJUDICE AS TO ROGER DENNIS
AND TORREY DENNIS ONLY**

**DATED** at Burlington, Vermont this 21 day of July, 2004.

JACKLYN JEAN HICKERSON

By: _____
Michael I. Green, Esq.
O'Neill Kellner & Green, P.C.
159 Bank Street
Burlington, VT 05402-5359
(802) 865-4700

1

DATED at Essex Junction, Vermont, this 16th day of July, 2004.

              **TORREY DENNIS and ROGER DENNIS**

By: _____
   David A. Barra, Esq.
   Unsworth Powell Barra Orr & Bredice, PLC
   Attorney for Defendant
   26 Railroad Avenue, P.O. Box 123
   Essex Junction, VT 05453-0123
   (802) 879-7133


DATED at Rutland, Vermont, this 5th day of August [~~July~~], 2004.

              **CUMBERLAND FARMS, INC.**
              **d/b/a CUMBERLAND FARMS**

By: _____
   Thomas P. Aicher, Esq.
   Cleary Shahi Associates
   A Professional Corporation
   110 Merchants Row, P.O. Box 6740
   Rutland, VT 05702-6740
   (802) 775-8800


SO ORDERED:

_____
District Court Judge
Date: September 2, 2004

2