

33

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

JACKLYN JEAN HICKERSON,    )
     **Plaintiff,**        )
                  )
**v.**                   )       **Case No. 1:04-CV-7**
                  )
**TORREY DENNIS, ROGER DENNIS,**  )
**and CUMBERLAND FARMS, INC.**  )
**d/b/a CUMBERLAND FARMS,**    )

CLERK
BY
DEPUTY CLERK

2004 SEP -1 P 2:59

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

## ORDER

Based on the stipulation of the parties, it is hereby **ORDERED** that the *defendant*

*Cumberland Farms, Inc. d/b/a Cumberland Farms* is **DISMISSED WITH PREJUDICE**

**UNDER F.R.C.P. 41.**

Dated this **7TH** day of    September   , 2004.

_____
Presiding Judge

Cleary Shahi & Aicher
P.O. Box 6740
Rutland, VT 05702-6740

(802) 775-8800

33