UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2004 SEP 8 AM 9 55
CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| JACKLYN JEAN HICKERSON,<br>Plaintiff, | )<br>)<br>) |
| v. | ) CASE NO. 1:04-CV-77 |
| TORREY DENNIS, ROGER DENNIS,<br>and CUMBERLAND FARMS, INC.<br>d/b/a CUMBERLAND FARMS,<br>Defendants. | )<br>)<br>)<br>)<br>) |

## ENE EVALUATOR'S REPORT

This report is submitted purusuant to Local Rule 12(j).

ENE session took place on July 13th with all party representatives and counsel in attendance. Written ENE statements were received beforehand. Following several hours of negotiations, a settlement agreement was reached between the Plaintiff and each of the Defendants fully resolving all issues in the case. It is anticipated that counsel for the parties will be circulating and filing a Stipulation of Dismissal soon.

Montpelier, Vermont.                                September 7, 2004.

ENE EVALUATOR

By: _____
Leo A. Bisson, Esq.
Direct Line: (802) 223-2808
Fax: (802) 223-9922

100-004alo

LEGUS AND BISSON PLC
107 STATE STREET
P.O. BOX 339
MONTPELIER, VT 05601
(802) 223-1771

34.

# LEGUS AND BISSON PLC

ATTORNEYS AT LAW
107 STATE STREET
P.O. BOX 339
MONTPELIER, VT 05601

(802) 223-1771
FAX (802) 223-9922

LEO A. BISSON
(802) 223-2808

CARRIE J. LEGUS
(802) 223-5696

September 7, 2004

Ms. Lisa A. Wright, ENE Administrator
United States District Court, District of Vermont
PO Box 945
Burlington, VT 05402-0945

Re: Hickerson v. Dennis et al
    Case No. 1:04-CV-7

Dear Lisa:

Enclosed please find my ENE Report for the above referenced case.

Sincerely,

Leo A. Bisson, Jr.
LEGUS AND BISSON PLC

Encl.

cc: James Martin, Esq.
    David A. Barra, Esq.
    Thomas P. Aicher, Esq.

100/004alo